UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION
*Filed Electronically*

| | | |
|---|---|---|
| LOIS HERTOG | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | CIVIL ACTION |
| BAPTIST HEALTHCARE SYSTEM, INC. | ) | 4:23-cv-00010-SEB-KMB |
| | ) | |
| Defendant | ) | |

> Acknowledged.
>
> This action is hereby dismissed with prejudice.
>
> Date: _____
> 3/5/2024
>
> *Sarah Evans Barker*
> SARAH EVANS BARKER, JUDGE
> United States District Court
> Southern District of Indiana

## STIPULATION OF DISMISSAL

Plaintiff Lois Hertog and Defendant Baptist Healthchare System, Inc., by counsel and by agreement of the parties, hereby stipulate and agree to the dismissal with prejudice of all claims which were asserted or could have been asserted in this matter, with each party to bear its own costs and attorney fees.

Have seen and agreed to be entered:


*/s/W. Edward Skees    (with permission)*
W. Edward Skees, Esq.
The Skees Law Office
415 W. First Street
New Albany, IN 47150
ed@skeeslaw.com
*Counsel for Plaintiff Lois Hertog*



*/s/Trent A. Taylor*
Alina Klimkina
Trent A. Taylor
Dinsmore & Shohl LLP
101 S. 5th Street, Suite 2500
Louisville, KY 40202
502.540.2337
Alina.klimkina@dinsmore.com
*Counsel for Defendant Baptist*
*Healthcare System, Inc.*